928

No. 92–6795. VANSKIKE *v.* PETERS. C. A. 7th Cir. Certiorari denied.

No. 92–6797. WHITAKER *v.* FOR EYES ET AL.; and WHITAKER *v.* ALAMEDA COUNTY SUPERIOR COURT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–6798. WILKERSON *v.* BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6801. DICK *v.* PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 92–6803. SMITH *v.* JOHNSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6808. JAMES *v.* ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 92–6810. SERRANO REYES ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–6812. ECHOLS *v.* AMERICAN FORK INVESTORS ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–6814. PONCE-BRAN *v.* WILSON, GOVERNOR OF CALIFORNIA, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–6817. BOYD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6819. CRENSHAW *v.* OHIO DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Ohio. Certiorari denied.

No. 92–6824. SMITH *v.* KLINCAR, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–6828. WASHBURN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–6829. HESTER *v.* GEORGIA. Ct. App. Ga. Certiorari denied.